■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SYDNEY MILLER, Respondent. [855 NYS2d 379]—Appeal by the People from an order of the County Court, Orange County (Berry, J.), dated November 17, 2006, which granted that branch of the defendant's omnibus motion which was to suppress the results of a test performed on blood taken from him.

Ordered that the order is affirmed.

Contrary to the People's contentions, the blood sample at issue was taken from the defendant in violation of Vehicle and Traffic Law § 1194 (2) (a) (1); (3), and the results of the test were therefore properly suppressed. Ritter, J.P., Covello, Angiolillo and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY MOSLEY, Appellant. [855 NYS2d 378]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered February 8, 2007, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that he was deprived of his statutory right to a speedy trial pursuant to CPL 30.30 was forfeited by his plea of guilty (*see People v O'Brien,* 56 NY2d 1009 [1982]; *People v Douglas,* 46 AD3d 698 [2007]). Miller, J.P., Dillon, McCarthy and Chambers, JJ., concur.